

# Fourth Court of Appeals
## San Antonio, Texas

September 19, 2016

No. 04-16-00309-CR

Sherman **ROBINSON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR5888
Honorable Steve Hilbig, Judge Presiding

# O R D E R

Appellant's Second Motion for Extension of Time is hereby GRANTED. No further extensions absent extraordinary circumstances. Time is extended to October 21, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court